Case No: 11-47167-399



EXHIBIT A

## Post Petition Payment History

| Due Date | Amount Due | Late Charges | Date Received | Amnt Received | Notes |
|---|---|---|---|---|---|
| 8/1/2011 | $884.46 | | 8/2/2011 | $884.46 | |
| 9/1/2011 | $884.46 | | 9/2/2011 | $856.03 | |
| 10/1/2011 | $856.03 | | 10/17/2011 | $856.03 | |
| 11/1/2011 | $856.03 | | 11/17/2011 | $856.03 | |
| 12/1/2011 | $856.03 | | 12/15/2011 | $856.03 | |
| 1/1/2012 | $856.03 | | 1/17/2012 | $856.03 | |
| 2/1/2012 | $856.03 | | 2/17/2012 | $856.03 | |
| 3/1/2012 | $856.03 | | 3/19/2012 | $856.03 | |
| 4/1/2012 | $856.03 | | 4/17/2012 | $849.15 | |
| 5/1/2012 | $849.15 | | 5/17/2012 | $849.15 | |
| 6/1/2012 | $849.15 | | 6/18/2012 | $849.15 | |
| 7/1/2012 | $849.15 | | 7/17/2012 | $849.15 | |
| 8/1/2012 | $849.15 | | 8/20/2012 | $849.15 | |
| 9/1/2012 | $849.15 | | 9/18/2012 | $849.15 | |
| 10/1/2012 | $849.15 | | 10/17/2012 | $849.15 | |
| 11/1/2012 | $849.15 | | 11/19/2012 | $849.15 | |
| 12/1/2012 | $849.15 | | 12/17/2012 | $849.15 | |
| 1/1/2013 | $849.15 | | 1/17/2013 | $849.15 | |
| 2/1/2013 | $849.15 | | 2/6/2013 | $849.15 | |
| 3/1/2013 | $849.15 | | 3/18/2013 | $849.15 | |
| 4/1/2013 | $865.62 | | 4/23/2013 | $849.15 | into suspense; still due 4/1/13 |
| 4/1/2013 | $865.62 | | 5/24/2013 | $865.82 | suspense balance: $849.35 |
| 5/1/2013 | $865.62 | | 6/19/2013 | $865.62 | |
| 6/1/2013 | $865.62 | | 7/16/2013 | $865.62 | |
| 7/1/2013 | $865.62 | | 8/29/2013 | $865.62 | |
| 8/1/2013 | $865.62 | | 10/3/2013 | $865.62 | |
| 9/1/2013 | $865.62 | | 10/22/2013 | $865.62 | |
| 10/1/2013 | $865.62 | | 11/25/2013 | $865.62 | |
| 11/1/2013 | $865.62 | | 12/16/2013 | $865.62 | |
| 12/1/2013 | $865.62 | | 1/29/2014 | $865.62 | |
| 1/1/2014 | $865.62 | | 3/14/2014 | $865.62 | |

*MS No.* 139970.275068

## Post Petition Payment History

| Due Date | Amount Due | Late Charges | Date Received | Amnt Received | Notes |
|---|---|---|---|---|---|
| 2/1/2014 | $865.62 | | 4/15/2014 | $865.62 | |
| 3/1/2014 | $865.62 | | 5/8/2014 | $880.84 | suspense balance: $864.57 |
| 4/1/2014 | $880.84 | | 6/23/2014 | $880.84 | |
| 5/1/2014 | $880.84 | | | $0.00 | |
| 6/1/2014 | $880.84 | | | $0.00 | |
| 7/1/2014 | $880.84 | | | $0.00 | |

*MS No.*   139970.275068